IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARJORIE BAMONT | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PENNSYLVANIA SOCIETY FOR THE | : | NO. 14-6205 |
| PREVENTION OF CRUELTY TO | : | |
| ANIMALS, et al. | : | |

# ORDER

AND NOW, this 16th day of February 2016, upon consideration of Defendants' Motion to Dismiss (ECF Doc. No. 10), Plaintiff's Opposition (ECF Doc. No. 11) and for the reasons in the accompanying Memorandum, it is **ORDERED** Defendants' Motion (ECF Doc. No. 10) is **GRANTED in part and DENIED in part**:

1. Defendants' Motion is **GRANTED** as to Counts III, V, VI, VII, VIII, IX, X and XIV which are dismissed;

2. Defendants' Motion is **DENIED** as to Counts I, II, IV, XI, XII and XIII and they shall file an Answer to these remaining Counts on or before **March 1, 2016**.

KEARNEY, J.